Decided October 16, 2006

## MELVIN C. WASHINGTON *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 95 Conn. App. 903 (AC 26922), is denied.

*Melvin C. Washington*, pro se, in support of the petition.

Decided October 16, 2006

## STATE OF CONNECTICUT *v.* MICHAEL T.

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 478 (AC 26031), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Lisa J. Steele*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided October 16, 2006